Submitted on record and briefs April 26, affirmed May 22, 1978

## REINWALD, *Petitioner,*
*v.*
## STATE ACCIDENT INSURANCE FUND,
*Respondent.*
## (No. WCB 76-6619, SAIF ZD 106332, CA 9707)

578 P2d 507

David W. Hittle, Rolf Olson, and Dye & Olson, Salem, filed the brief for petitioner.

Allen W. Lyons, Associate Counsel, State Accident Insurance Fund, Salem, filed the brief for respondent. With him on the brief were K. R. Maloney, Chief Counsel, and James A. Blevins, Chief Trial Counsel, State Accident Insurance Fund, Salem.

Before Schwab, Chief Judge, and Johnson, Gillette and Roberts, Judges.

PER CURIAM.

Affirmed. *See Bowman v. Oregon Transfer Co.,* 33 Or App 241, 576 P2d 27 (1978).